IN THE UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH CAROLINA

ROCK HILL

| | | |
|---|---|---|
| JAMES ALEXANDER TOMBERLIN, | ) | Civil Action No.: 0:15-1710-JMC |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **Order to Remand** |
| HARDEE'S FOOD SYSTEM, INC. D/B/A | ) | |
| HARDEE'S | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

THIS CAUSE COMES BEFORE THE Court upon Plaintiff's Motion to Remand. Counsel for Defendant does not oppose the motion. Both parties agree that Plaintiff's damages are less than Seventy-Five Thousand Dollars ($75,000.00). The Court, having reviewed the motion and noting counsel for Defendant does not oppose said motion, this Motion should be GRANTED.

IT IS THEREFORE ORDERED AND ADJUDGED that:

1. Plaintiff's Motion to Remand is granted.
2. The Clerk of Court is directed to remand this case to the Court of Common Pleas in the Fifteenth Judicial Circuit, in and for York County, South Carolina, and provide that court with a copy of this Order.

This the 6th day of May, 2015.

                                            <u>s/ J. Michelle Childs</u>
                                            J. Michelle Childs
                                            U.S. District Court Judge